**Fill in this information to identify the case:**

Debtor name - Morton Auctioneers & Appraisers, LLC —————————

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:  Summary of Assets**

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*........................................................  $ _O_

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.....................................................  $ _O_

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*........................................................  $ /7267

---

**Part 2:  Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*............  $ _____

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* ...............  $ _____

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ...............  + $ 9,619,055

4. **Total liabilities**...............................................................
   Lines 2 + 3a + 3b                                      $ 9,619,055

---

**Fill in this information to identify the case:**

Debtor name _ Morton Auctioneers & Appraisers, LLC

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2. **Cash on hand** — $ 0

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | CHASE OPERATING | CHECKING | 0 0 2 8 | $ 10705 |
| 3.2. | CHASE TAX | CHECKING | 9 2 3 6 | $ 370 |
| 3.3 | CHASE TRUSTEE | CHECKING | 8 7 2 0 | 1534 |

4. **Other cash equivalents** *(Identify all)*

4.1. _____ $ _____
4.2. _____ $ _____

5. **Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$ 12609

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☒ Yes. Fill in the information below.

Current value of
debtor's interest

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1. WATER UTILITY DEPOSIT $ 175
7.2. DAN MARTINEZ & ASSOC, LLC $ 750

Debtor   **Morton Auctioneers & Appraisers, LLC**
         Name                                                    Case number (if known)_____

---

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

    8.1. _____   $_____
    8.2. _____   $_____

9.  **Total of Part 2.**

    Add lines 7 through 8. Copy the total to line 81.                   $ ___925___

## Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☒ No. Go to Part 4.
    ☐ Yes. Fill in the information below.

                                                                    Current value of debtor's
                                                                    interest

11. **Accounts receivable**

    11a. 90 days old or less:  _____  –  _____  = ........➔   $_____
                               face amount           doubtful or uncollectible accounts

    11b. Over 90 days old:     _____  –  _____  = ........➔   $_____
                               face amount           doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.   $____0____

## Part 4:   Investments

13. **Does the debtor own any investments?**

    ☒ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

                                                    Valuation method         Current value of debtor's
                                                    used for current value   interest

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____   _____   $_____
    14.2. _____   _____   $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses,
    including any interest in an LLC, partnership, or joint venture**

    Name of entity:                             % of ownership:

    15.1. _____   _____%   _____   $_____
    15.2. _____   _____%   _____   $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable
    instruments not included in Part 1**

    Describe:

    16.1. _____   _____   $_____
    16.2. _____   _____   $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.             $_____

---

Debtor ___Morton Auctioneers & Appraisers, LLC_____     Case number (if known)_____
          Name

---

**Part 5:**  **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**
   - ☒ No. Go to Part 6.
   - ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. Raw materials | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. Work in progress | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. Finished goods, including goods held for resale | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. Other inventory or supplies | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.

    $_____

24. **Is any of the property listed in Part 5 perishable?**
   - ☐ No
   - ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   - ☐ No
   - ☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   - ☐ No
   - ☐ Yes

---

**Part 6:**  **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
   - ☒ No. Go to Part 7.
   - ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. Crops—either planted or harvested | | | |
| _____ | $_____ | _____ | $_____ |
| 29. Farm animals *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. Farm machinery and equipment (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. Farm and fishing supplies, chemicals, and feed | | | |
| _____ | $_____ | _____ | $_____ |
| 32. Other farming and fishing-related property not already listed in Part 6 | | | |
| | $_____ | | $_____ |

Debtor   Morton Auctioneers & Appraisers, LLC
_____    Case number (if known)_____
Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** & fixtures | $ 191 | | $ 191 |
| 40. **Office fixtures** | $ | | $ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $ 3542 | | $ 3542 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $ | | $ |
| 42.2 _____ | $ | | $ |
| 42.3 _____ | $ | | $ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 3733

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☒ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No

☐ Yes

Official Form 206A/B          Schedule A/B: Assets — Real and Personal Property          page 4

Morton Auctioneers & Appraisers, LLC

Debtor _____     Case number (if known)_____
            Name

## Part 8:   Machinery, equipment, and vehicles

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number): | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48.  Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| **49.  Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| **50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____ |

51.  **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.                                              $_____

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

Morton Auctioneers & Appraisers, LLC

Debtor _____    Case number (if known)_____
        Name

## Part 9:    Real property

54.  **Does the debtor own or lease any real property?**
     ☒ No. Go to Part 10.
     ☐ Yes. Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include: street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | $_____ | _____ | $_____ |
| 55.2 _____ | _____ | $_____ | _____ | $_____ |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

56.  **Total of Part 9.**
     Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.    $_____

57.  Is a depreciation schedule available for any of the property listed in Part 9?
     ☐ No
     ☐ Yes

58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?
     ☐ No
     ☐ Yes

## Part 10:    Intangibles and intellectual property

59.  **Does the debtor have any interests in intangibles or intellectual property?**
     ☐ No. Go to Part 11.
     ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  Patents, copyrights, trademarks, and trade secrets _____ | $_____ | _____ | $_____ |
| 61.  Internet domain names and websites _____ | $_____ | _____ | $_____ |
| 62.  Licenses, franchises, and royalties _____ | $_____ | _____ | $_____ |
| 63.  Customer lists, mailing lists, or other compilations _____ | $  N/A | N/A | N/A |
| 64.  Other intangibles, or intellectual property _____ | $_____ | _____ | $_____ |
| 65.  Goodwill _____ | $_____ | _____ | $_____ |

66.  **Total of Part 10.**
     Add lines 60 through 65. Copy the total to line 89.    $  N/A

Debtor    Morton Auctioneers & Appraisers, LLC
_____          Case number (if known)_____
          Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No. Go to Part 12.

☐ Yes. Fill in the information below.

Current value of
debtor's interest

71. **Notes receivable**

Description (include name of obligor)

_____    _____  –  _____  = →   $_____
                                  Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    $_____

_____    Tax year _____    $_____

_____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**

_____                        $_____

74. **Causes of action against third parties** (whether or not a lawsuit has been filed)

_____                        $_____

Nature of claim    _____

Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                        $_____

Nature of claim    _____

Amount requested    $_____

76. **Trusts, equitable or future interests in property**

_____                        $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____                        $_____

_____                        $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.                  $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    Morton Auctioneers & Appraisers, LLC
_____        Case number (if known)_____
          Name

---

**Part 12:    Summary**

---

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $ 12609 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $ 925 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $_____ | |
| 83. Investments. *Copy line 17, Part 4.* | $_____ | |
| 84. Inventory. *Copy line 23, Part 5.* | $_____ | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $_____ | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $ 3733 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $_____ | |
| 88. Real property. *Copy line 56, Part 9.* .........................➔ | | $_____ |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $_____ | |
| 90. All other assets. *Copy line 78, Part 11.* | + $_____ | |
| 91. **Total.** Add lines 80 through 90 for each column..........91a. | $_____ | + 91b. $_____ |

92. Total of all property on Schedule A/B. Lines 91a + 91b = 92. ....................................... $ 17267

---

**Fill in this information to identify the case:**

Debtor name __ Morton Auctioneers & Appraisers, LLC _____

United States Bankruptcy Court for the: _____ District of _____
                                                                    (State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property           12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A:** Amount of claim Do not deduct the value of collateral. | **Column B:** Value of collateral that supports this claim |
|---|---|---|---|

**2.1** | Creditor's name

Describe debtor's property that is subject to a lien
_____  $_____  $_____

Creditor's mailing address
_____
_____
_____

Describe the lien
_____

Creditor's email address, if known
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Date debt was incurred  _____

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number  ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2** | Creditor's name

Describe debtor's property that is subject to a lien
_____  $_____  $_____

Creditor's mailing address
_____
_____
_____

Describe the lien
_____

Creditor's email address, if known
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Date debt was incurred  _____

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number  ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   ☐ Yes. The relative priority of creditors is specified on lines ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.                                                   $_____

Debtor  Morton Auctioneers & Appraisers, LLC
_____
Name

Case number (if known) _____

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

---

**Fill in this information to identify the case:**

Debtor    Morton Auctioneers & Appraisers, LLC

United States Bankruptcy Court for the: _____ District of _____
                                                    (State)

Case number _____
(If known)

☐ Check if this is an
   amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).     SEE ATTACHED
    ☐ No. Go to Part 2.
    ☒ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address

_____
_____
_____

Date or dates debt was incurred

_____

Last 4 digits of account
number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:   $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☐ No
☐ Yes

**2.2**   Priority creditor's name and mailing address

_____
_____
_____

Date or dates debt was incurred

_____

Last 4 digits of account
number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:   $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☐ No
☐ Yes

**2.3**   Priority creditor's name and mailing address

_____
_____
_____

Date or dates debt was incurred

_____

Last 4 digits of account
number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:   $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☐ No
☐ Yes

**MORTON AUCTIONEERS & APPRAISERS, LLC**                              **FORM E/F: PART 1, #2**

**FORM E/F: PART 1: List all creditors with PRIORITY unsecured claims**

**#2: List in alphabetical order all of the creditors with priority unsecured claims**

Morton Auctioneers and Appraisers LLC has filed it's federal tax returns as a partnership and as a result there is no tax liability reported at the entity level. To the extent the entity experiences debt forgiveness as a result of this filing the partnership may be responsible for withholding on any income related to debt forgiveness allocated to a foreign partner. The amount of withholding obligation, if any, has not been determined as of the date of this filing.

Debtor  _____
Morton Auctioneers & Appraisers, LLC
Name

Case number (if known) _____

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

SEE ATTACHED

Amount of claim:

**3.1** Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____

**3.2** Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____

**3.3** Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____

**3.4** Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____

**3.5** Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____

**3.6** Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____

**FORM E/F: PART 2: List all creditors with NONPRIORITY unsecured claims**

**#3: List in alphabetical order all of the creditors with nonpriority unsecured claims**

|  |  |  | Amount Due |
|---|---|---|---|
| 3.1 | Frank Salazar & Co., P.C. | 2010 North Loop West, Ste 250<br>Houston, TX 77018 | |
| | As of petition filing date, the claim is: | $18,000.00 | $18,000.00 |
| | Date or dates debt was incurred: | Jan - Oct 2016 | |
| | Is this claim subject to offset? | No | |
| 3.2 | Internal Revenue Service | | |
| | As of petition filing date, the claim is: | $40,000.00 | estimated    $40,000.00 |
| | Date or dates debt was incurred: | October-16 | |
| | Is this claim subject to offset? | No | |
| 3.3 | Patricia Servitje | Calle Monte Athos No. 179<br>Col. Lomas de Chapultepec, Mexico City, Mexico 11000 | |
| | As of petition filing date, the claim is: | $775.00 | $775.00 |
| | Date or dates debt was incurred: | October-14 | |
| | Is this claim subject to offset? | No | |

| 3.4 | Due to Luis C. Lopez Morton Zavala | Calle Monte Athos No. 179<br>Col. Lomas de Chapultepec, Mexico City, Mexico 11000 | |
|---|---|---|---|
| | Date or dates debt was incurred: | July 31, 2015 | 137,362.00 |
| | | December 9, 2015 | 130,000.00 |
| | | May 17, 2016 | 150,000.00 |
| | | October 31, 2016 | 55,043.00 |
| | | December 15, 2016 | 16,748.00 |
| | | December 20, 2016 | 41,418.00 |
| | Last four digits of account number: | N/A | |
| | As of the petition filing date, the claim is: | | |
| | Basis for claim: | Funding company daily operations | |
| | Is the claim subject to offset? | No | |
| | Amount of claim: | | $530,571.00 |
| | Interest Payable | | 7,781.00 |
| | Total amount of claim: | | $538,352.00 |

MORTON AUCTIONEERS & APPRAISERS, LLC

FORM E/F: PART 2, #3

**FORM E/F: PART 2: List all creditors with NONPRIORITY unsecured claims**

**#3: List in alphabetical order all of the creditors with nonpriority unsecured claims**

Amount Due

| 3.5 | Due to Patricia Servitje | Calle Monte Athos No. 179 |
|---|---|---|
| | | Col. Lomas de Chapultepec, Mexico City, Mexico 11000 |

Date or dates debt was incurred:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| August 12, 2014 | 42,376.00 | March 2, 2015 | 100,000.00 | June 30, 2015 | 10,000.00 | January 28, 2016 | 116,000.00 |
| September 5, 2014 | 80,000.00 | March 3, 2015 | 20,000.00 | July 7, 2015 | 40,000.00 | March 31, 2016 | 127,000.00 |
| September 11, 2014 | 80,000.00 | March 10, 2015 | 75,000.00 | July 10, 2015 | 100,000.00 | April 14, 2016 | 157,000.00 |
| November 17, 2014 | 50,000.00 | March 18, 2015 | 50,000.00 | July 17, 2015 | 25,000.00 | June 6, 2016 | 150,000.00 |
| November 18, 2014 | 100,000.00 | March 24, 2015 | 15,000.00 | August 25, 2015 | 40,000.00 | June 20, 2016 | 133,763.00 |
| November 20, 2014 | 50,000.00 | April 24, 2015 | 100,000.00 | September 8, 2015 | 300,661.00 | July 22, 2016 | 240,000.00 |
| December 3, 2014 | 50,000.00 | April 27, 2015 | 58,000.00 | September 22, 2015 | 30,000.00 | August 12, 2016 | 100,000.00 |
| December 18, 2014 | 100,000.00 | May 14, 2015 | 70,000.00 | October 15, 2015 | 75,000.00 | August 15, 2016 | 25,000.00 |
| January 12, 2015 | 100,000.00 | May 26, 2015 | 100,000.00 | October 22, 2015 | 160,000.00 | August 25, 2016 | 50,000.00 |
| January 13, 2015 | 50,000.00 | May 27, 2015 | 100,000.00 | October 29, 2015 | 70,000.00 | August 29, 2016 | 600,000.00 |
| January 20, 2015 | 65,000.00 | June 3, 2015 | 55,000.00 | December 24, 2015 | 30,000.00 | | |
| January 28, 2015 | 100,000.00 | June 18, 2015 | 32,000.00 | December 29, 2015 | 20,000.00 | | |
| February 5, 2015 | 25,000.00 | June 29, 2015 | 100,000.00 | January 11, 2016 | 240,000.00 | | |

Last four digits of account number:          N/A

As of the petition filing date, the claim is:

Basis for claim:          Funding company daily operations

Is the claim subject to offset?          No

| Amount of claim: | $4,606,800.00 |
|---|---|
| Interest Payable: | 77,926.00 |
| Total amount of claim: | $4,684,726.00 |

| 3.6 | Due to Gallerias | Calle Monte Athos No. 179 |
|---|---|---|
| | | Col. Lomas de Chapultepec, Mexico City, Mexico 11000 |

Date or dates debt was incurred:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| September 30, 2009 | 110,000.00 | January 19, 2011 | 50,000.00 | April 11, 2012 | 153,000.00 | August 15, 2013 | 20,000.00 |
| December 31, 2009 | 88,000.00 | February 10, 2011 | 90,000.00 | August 20, 2012 | 71,000.00 | August 30, 2013 | 30,000.00 |
| January 31, 2010 | 30,000.00 | March 4, 2011 | 15,000.00 | August 30, 2012 | 105,000.00 | October 11, 2013 | 49,000.00 |
| February 28, 2010 | 95,000.00 | March 31, 2011 | 70,000.00 | September 14, 2012 | 25,000.00 | October 18, 2013 | 32,000.00 |
| March 31, 2010 | 148,800.00 | April 18, 2011 | 37,000.00 | October 18, 2012 | 128,000.00 | November 15, 2013 | 89,000.00 |
| April 20, 2010 | 100,000.00 | May 10, 2011 | 50,000.00 | October 19, 2012 | 27,000.00 | December 2, 2013 | 49,000.00 |
| May 14, 2010 | 50,000.00 | May 31, 2011 | 64,000.00 | November 15, 2012 | 148,000.00 | December 13, 2013 | 49,000.00 |
| May 20, 2010 | 50,000.00 | June 9, 2011 | 19,000.00 | November 29, 2012 | 20,000.00 | January 28, 2014 | 35,000.00 |
| June 1, 2010 | 43,000.00 | July 1, 2011 | 60,000.00 | December 19, 2012 | 122,000.00 | January 30, 2014 | 119,000.00 |
| June 29, 2010 | 43,350.00 | August 18, 2011 | 50,000.00 | January 10, 2013 | 30,000.00 | February 28, 2014 | 16,000.00 |
| July 2, 2010 | 25,000.00 | August 30, 2011 | 60,000.00 | January 15, 2013 | 26,000.00 | | |
| July 14, 2010 | 70,000.00 | October 28, 2011 | 75,000.00 | February 27, 2013 | 85,000.00 | | |
| July 28, 2010 | 43,300.00 | November 22, 2011 | 43,000.00 | March 25, 2013 | 55,000.00 | | |
| September 14, 2010 | 25,000.00 | January 13, 2012 | 100,000.00 | April 11, 2013 | 19,000.00 | | |
| September 17, 2010 | 55,000.00 | January 30, 2012 | 70,000.00 | May 9, 2013 | 130,000.00 | | |
| November 8, 2010 | 75,000.00 | March 8, 2012 | 35,000.00 | May 17, 2013 | 23,000.00 | | |
| November 22, 2010 | 71,000.00 | March 13, 2012 | 133,000.00 | May 29, 2013 | 109,000.00 | | |
| December 17, 2010 | 75,000.00 | March 14, 2012 | 38,717.00 | July 11, 2013 | 110,000.00 | | |

MORTON AUCTIONEERS & APPRAISERS, LLC                                                      FORM E/F: PART 2, #3

**FORM E/F: PART 2: List all creditors with NONPRIORITY unsecured claims**

**#3: List in alphabetical order all of the creditors with nonpriority unsecured claims**

|  |  | Amount Due |
|---|---|---|
| Last four digits of account number: | N/A | |
| As of the petition filing date, the claim is: | | |
| Basis for claim: | Funding company daily operations | |
| Is the claim subject to offset? | No | |
| Amount of claim: | | $4,131,167.00 |
| Interest Payable: | | 1,094,461.00 |
| Translation Adjustments: | | (888,426.00) |
| Total amount of claim: | | $4,337,202.00 |

| 3.7 | Pitney Bowes-Purchase Power | PO Box 371874 | |
|---|---|---|---|
| | | Pittsburgh, PA 15250 | |
| | As of petition filing date, the claim is: | $334.33 | $334.33 |
| | Date or dates debt was incurred: | unknown | |
| | Is this claim subject to offset? | No | |

| 3.8 | Texas State Comptroller | PO Box 149355 | |
|---|---|---|---|
| | | Austin, TX 78714-9355 | |
| | As of petition filing date, the claim is: | $7,172.00 | $7,172.00 |
| | Date or dates debt was incurred: | December-16 | |
| | Is this claim subject to offset? | No | |

Total Non-Priority Unsecured Claims                     $9,626,561.33

Morton Auctioneers & Appraisers, LLC

Debtor _____  Case number (if known) _____
              Name

**Part 3:** | **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

4.1. _____
     _____     Line ____
     _____     ☐ Not listed. Explain _____     ___ ___ ___ ___

4.2. _____
     _____     Line ____
     _____     ☐ Not listed. Explain _____     ___ ___ ___ ___

4.3. _____
     _____     Line ____
     _____     ☐ Not listed. Explain _____     ___ ___ ___ ___

4.4. _____
     _____     Line ____
     _____     ☐ Not listed. Explain _____     ___ ___ ___ ___

41.  _____
     _____     Line ____
     _____     ☐ Not listed. Explain _____     ___ ___ ___ ___

4.5. _____
     _____     Line ____
     _____     ☐ Not listed. Explain _____     ___ ___ ___ ___

4.6. _____
     _____     Line ____
     _____     ☐ Not listed. Explain _____     ___ ___ ___ ___

4.7. _____
     _____     Line ____
     _____     ☐ Not listed. Explain _____     ___ ___ ___ ___

4.8. _____
     _____     Line ____
     _____     ☐ Not listed. Explain _____     ___ ___ ___ ___

4.9. _____
     _____     Line ____
     _____     ☐ Not listed. Explain _____     ___ ___ ___ ___

4.10. _____
      _____    Line ____
      _____    ☐ Not listed. Explain _____    ___ ___ ___ ___

4.11. _____
      _____    Line ____
      _____    ☐ Not listed. Explain _____    ___ ___ ___ ___

Debtor    Morton Auctioneers & Appraisers, LLC
          _____     Case number (if known) _____
          Name

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

Total of claim amounts

5a.  Total claims from Part 1                                    5a.    $ _____

5b.  Total claims from Part 2                                    5b.  **+**  $ 9,619,055

5c.  Total of Parts 1 and 2
     Lines 5a + 5b = 5c.                                         5c.    $ 9,619,055

**Fill in this information to identify the case:**

Debtor name __ Morton Auctioneers & Appraisers, LLC

United States Bankruptcy Court for the:_____ District of _____
                                                                        (State)

Case number (If known): _____ Chapter _____

☐ Check if this is an
   amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?   SEE ATTACHED

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. List all contracts and unexpired leases                    State the name and mailing address for all other parties with
                                                              whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | _____ | _____ |
| | State the term remaining | _____ | _____ |
| | List the contract number of any government contract | _____ | _____ |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | _____ | _____ |
| | State the term remaining | _____ | _____ |
| | List the contract number of any government contract | _____ | _____ |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | _____ | _____ |
| | State the term remaining | _____ | _____ |
| | List the contract number of any government contract | _____ | _____ |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | _____ | _____ |
| | State the term remaining | _____ | _____ |
| | List the contract number of any government contract | _____ | _____ |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | _____ | _____ |
| | State the term remaining | _____ | _____ |
| | List the contract number of any government contract | _____ | _____ |

**MORTON AUCTIONEERS & APPRAISERS, LLC**                    **SCHEDULE G, #2**

## FORM 206G – Executory Contracts and Unexpired Leases

2.1 State what the  contract/lease is for and the
nature of the debtor's interest                    Lease for backup devices

State the term remaining:    Lease ends May 2018

List the contract number of any government contracts:    Not Applicable

Name and address:    Citoc Leasing
PO Box 660831
Dallas, TX 75266-0831

2.2 State what the  contract/lease is for and the
nature of the debtor's interest                    Lease for telephone system

State the term remaining:    Lease ends April 2018

List the contract number of any government contracts:    Not Applicable

Name and address:    Great America
PO Box 660831
Dallas, TX 75266-0831

2.3 State what the  contract/lease is for and the
nature of the debtor's interest                    Contract for security services

State the term remaining:    Contract ends October 2019

List the contract number of any government contracts:    Not Applicable

Name and address:    Tyco
PO Box 371967
Pittsburgh, PA 15250-7967

**MORTON AUCTIONEERS & APPRAISERS, LLC**                    **SCHEDULE G, #2**

**FORM 206G - Executory Contracts and Unexpired Leases**

| | |
|---|---|
| 2.4 | State what the contract/lease is for and the nature of the debtor's interest |
| | Contract for internet provider |
| | State the term remaining: Contract ends April 2018 |
| | List the contract number of any government contracts: Not Applicable |
| | Name and address: XO Communication |
| | 14239 Collections Center Drive |
| | Chicago, IL 60693 |
| 2.5 | State what the contract/lease is for and the nature of the debtor's interest |
| | Contract for internet provider |
| | State the term remaining: Contract ends January 2019 |
| | List the contract number of any government contracts: Not Applicable |
| | Name and address: Comcast |
| | PO Box 660618 |
| | Dallas, TX 75266-0618 |
| 2.6 | State what the contract/lease is for and the nature of the debtor's interest |
| | Contract for Utilities |
| | State the term remaining: Contract ends June 2018 |
| | List the contract number of any government contracts: Not Applicable |
| | Name and address: Hudson Energy |
| | PO Box 731137 |
| | Dallas, TX 75373-1137 |

**MORTON AUCTIONEERS & APPRAISERS, LLC**                    **SCHEDULE G, #2**

## FORM 206G - Executory Contracts and Unexpired Leases

2.7    State what the  contract/lease is for and the
       nature of the debtor's interest              Contract for computer backup services

       State the term remaining:    Contract ends May 2018

       List the contract number of any government contracts:      Not Applicable

       Name and address:    Citoc
                            1080 W Sam Houstong Parkway North, Ste 130
                            Houston, TX 77043-5012

2.8    State what the  contract/lease is for and the
       nature of the debtor's interest              Contract for business cell phones

       State the term remaining:    Contract ends December 2017

       List the contract number of any government contracts:      Not Applicable

       Name and address:    A T & T
                            PO Box 6463
                            Carol Stream, IL 60197-6463

**Fill in this information to identify the case:**

Debtor name _____Morton Auctioneers & Appraisers, LLC_____

United States Bankruptcy Court for the:_____ District of _____
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 _____ | _____ Street | _____ | ☐ D  ☐ E/F  ☐ G |
| | City  State  ZIP Code | | |
| 2.2 _____ | _____ Street | _____ | ☐ D  ☐ E/F  ☐ G |
| | City  State  ZIP Code | | |
| 2.3 _____ | _____ Street | _____ | ☐ D  ☐ E/F  ☐ G |
| | City  State  ZIP Code | | |
| 2.4 _____ | _____ Street | _____ | ☐ D  ☐ E/F  ☐ G |
| | City  State  ZIP Code | | |
| 2.5 _____ | _____ Street | _____ | ☐ D  ☐ E/F  ☐ G |
| | City  State  ZIP Code | | |
| 2.6 _____ | _____ Street | _____ | ☐ D  ☐ E/F  ☐ G |
| | City  State  ZIP Code | | |